

# Fourth Court of Appeals
## San Antonio, Texas

June 10, 2016

No. 04-15-00482-CV

**IN RE ESPERANZA HUGHES**,

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 15-03-54382-CV
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

    The above appeal is set for submission and oral arguments on June 14, 2016, before the following panel: Justice Karen Angelini, Justice Rebeca C. Martinez and Justice Jason Patricia O. Alvarez. This order is to inform all parties and their counsel that the panel has changed to the following: Justice Karen Angelini, Justice Patricia O. Alvarez and Justice Jason Pulliam.

    It is so **ORDERED** on June 10, 2016.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court